UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| THOMAS CHAPMAN, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| | ) | Case No. 1:14-cv-267 |
| v. | ) | |
| | ) | Judge Mattice |
| JET MALL, *et al.*, | ) | Magistrate Judge Lee |
| | ) | |
| *Defendants*. | ) | |

# ORDER

On April 9, 2015, United States Magistrate Judge Susan K. Lee filed a Report and Recommendation (Doc. 29) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge Lee recommended that Plaintiff's Motion for Attorney's Fees be granted in part and denied in part, and that Plaintiff be awarded attorney's fees in the amount of $6,747.00 and costs in the amount of $552.83, for a total amount of $7,299.83 plus interest according to law.

Neither party has filed objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has reviewed the record in this matter, and it agrees with the Magistrate Judge's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact and conclusions of law. Plaintiff's Motion (Doc. 26) is hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiff **SHALL** be awarded attorney's fees in the

---

[1] Magistrate Judge Lee specifically advised the parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive their right to appeal. (Doc. 29 at 7); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

amount of $6,747.00 and costs in the amount of $552.83, for a total amount of $7,299.83 plus interest according to law.

**SO ORDERED** this 30th day of April, 2015.

                                               */s/ Harry S. Mattice, Jr.*
                                               HARRY S. MATTICE, JR.
                                               UNITED STATES DISTRICT JUDGE